# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**JOHN D. HORTON**

    Plaintiff,

V.

**TEN UNKNOWN NAMED POLICE, et al**

    Defendant.

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

Case Number:  1:09-cv-03394-RBK-JS

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

☑ GRANTED, and

   ☑ The clerk is directed to file the complaint, and

   ☑ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

_____

_____

☐ and the Clerk is directed to close the file.

Plaintiff may submit a filing fee of $350.00 within 30 days from the date of this order ro reopen the case.

ENTER this ____13____ day of __January__, 20_10_

_____
Signature of Judicial Officer

_____
Name and Title of Judicial Officer