NOT FOR PUBLICATION (Doc. No. 29)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| JOHN D. HORTON, | : |
| Plaintiff, | : |
| v. | : Civil No. 09-3394 (RBK/JS) |
| TEN UNKNOWN NAMED POLICE, et al., | : **ORDER** |
| Defendants. | : |

**THIS MATTER** having come before the Court pursuant to the motion by Defendant Shawn Mount ("Defendant") for summary judgment denying Plaintiff's claims; and the Court having considered Defendant's submission;

**IT IS HEREBY ORDERED** that, for the reasons stated in the Court's accompanying Opinion, the Court **GRANTS** Defendant's motion for summary judgment as to all counts of the Complaint.

Dated: 11/14/2011

/s/ Robert B. Kugler
ROBERT B. KUGLER
United States District Judge